## United States District Court
### EASTERN DISTRICT OF CALIFORNIA



FILED

SEP 15 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | |
|---|---|
| United States of America<br>vs.<br>Mohammed Michael Odeh | Case No. 1:11CR0269 LJO |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, __Mohammed Michael Odeh__, have discussed with __Montgomery L. Olson__, Pretrial Services Officer, modifications of my release conditions as follows:

The condition requiring the defendant to avoid all contact with codefendants is modified, to allow the defendant to have contact with Nicole Perez.

All other conditions not in conflict with this order shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  9-9-11            _____  9-9-11
Signature of Defendant    Date              Pretrial Services Officer    Date
Mohammed M. Odeh                            Montgomery Olson

I have reviewed the conditions and concur that this modification is appropriate.

_____                     9-15-11
Signature of Assistant United States Attorney    Date
Kimberly Sanchez

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                     9-9-11
Signature of Defense Counsel              Date
Mark Broughton

### ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on __9/15/11__.

[ ] The above modification of conditions of release is *not* ordered.

_____                     9/15/11
Signature of Judicial Officer             Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services