BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559)497-4000

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MOHAMMAD MICHAEL ODEH, and )<br>NICOLE PEREZ, )<br>)<br>Defendants. )<br>_____) | CASE NO. 1:11-CR-00269 AWI<br><br>STIPULATION AND ORDER FOR<br>CONTINUANCE OF STATUS<br>CONFERENCE |

IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Mark Broughton, attorney for Mohammad Michael Odeh, and Anthony Capozzi, attorney for Nicole Perez, that the status conference set for October 11, 2011 be continued to December 12, 2011 at 9:00 a.m.  The parties need additional time for further investigation and to engage in plea negotiations.  The case involves extensive discovery, including reports and recordings of over 40 witness/defendant interviews.  Further investigation is also being pursued.  The parties further request the Court to enter an Order finding that the "ends of justice" served by a continuance outweigh the interest of the public and the defendant in a speedy trial, and

that the delay occasioned by such continuance is excluded from the Act's time limits pursuant to 18 U.S.C. § 3161(h)(8)(A).

Dated: October 4, 2011			Respectfully submitted,

						BENJAMIN B. WAGNER
						United States Attorney

					By	/s/ Kimberly A. Sanchez
						KIMBERLY A. SANCHEZ
						Assistant U.S. Attorney

Dated: October 4, 2011			/s/ Mark Broughton
						MARK BROUGHTON
						Attorney for Mohammad Michael Odeh

Dated: October 4, 2011			/s/ Anthony Capozzi
						ANTHONY CAPOZZI
						Attorney for Nicole Perez

**ORDER**

IT IS SO ORDERED.

Dated:     October 5, 2011			_____
						CHIEF UNITED STATES DISTRICT JUDGE