BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559)497-4000

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 1:11-CR-00269 AWI |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND ORDER FOR CONTINUANCE OF STATUS CONFERENCE |
| v. | ) ) | |
| MOHAMMAD MICHAEL ODEH, and NICOLE PEREZ, | ) ) ) | |
| Defendants. | ) ) | |

   IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Mark Broughton, attorney for Mohammad Michael Odeh, and Anthony Capozzi, attorney for Nicole Perez, that the status conference set for June 11, 2012 be continued to July 23, 2012 at 1:00 p.m.  The parties need additional time for further investigation and to engage in plea negotiations.  The case involves extensive discovery, including reports and recordings of over 40 witness/defendant interviews.  The parties have been engaged in discussions continuously throughout the pendency of these proceedings, however, within the past week, an obstacle to resolution seems to have been removed and the parties need additional time to

finalize an agreeable disposition.  The parties further request the Court to enter an Order finding that the "ends of justice" served by a continuance outweigh the interest of the public and the defendant in a speedy trial, and that the delay occasioned by such continuance is excluded from the Act's time limits pursuant to 18 U.S.C. § 3161(h)(7)(A).

Dated: June 8, 2012                     Respectfully submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

                                 By     /s/ Kimberly A. Sanchez
                                        KIMBERLY A. SANCHEZ
                                        Assistant U.S. Attorney

Dated: June 8, 2012                     /s/ Mark Broughton
                                        MARK BROUGHTON
                                        Attorney for Mohammad Michael Odeh

Dated: June 8, 2012                     /s/ Anthony Capozzi
                                        ANTHONY CAPOZZI
                                        Attorney for Nicole Perez

   IT IS SO ORDERED.

   **Dated:   June 8, 2012**               **/s/ Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE