UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,             )<br>                                       )<br>            Plaintiff,                )<br>                                       )<br>     vs.                               )<br>                                       )<br>                                       )<br>MOHAMMAD MICHAEL ODEH,                 )<br>                                       )<br>            Defendant.                 )<br>_____) | Case No.   1:11-cr-00269 AWI DLB<br><br>**ORDER OF DETENTION FOLLOWING**<br>**REVOCATION OF PREVIOUSLY SET**<br>**CONDITIONS OF RELEASE** |

A.  <u>Order for Revocation and Detention</u>

   After conducting a hearing pursuant to 18 U.S.C. § 3148(b) on the government's motion for revocation of the previous order for release, the Court orders the previous conditions of pretrial release revoked and this defendant detained.

B.  <u>Statement of Reasons for the Revocation and Detention</u>

   The Court orders the revocation of pretrial release conditions and the defendant's detention because it finds:

   __X__  (1)  There is probable cause to believe this defendant has committed a Federal, State, or local crime while on release.

                                    **or**

   _____  (2)  There is clear and convincing evidence that this defendant has violated a condition or conditions of release.

                                    **and**

   _____  (3)  That based on the factors set forth in § 3142(g), there is no condition or combination of conditions of release that will assure that this defendant will not flee or pose a danger to the safety of any other person or the community; or,

   __X__  (4)  That this defendant is unlikely to abide by any condition or combination of conditions of release.

   _____  (5)  That this defendant has not rebutted the rebuttable presumption contained in 18 U.S.C. § 3148(b) that no condition or combination of conditions will assure that the person will not pose a danger to the safety of any other person or the community based upon the existence of probable cause to believe that, while on release, the defendant committed a Federal, State, or local felony.

IT IS SO ORDERED.

   Dated:  **August 31, 2012**              _____/s/ Sheila K. Oberto_____
                                            UNITED STATES MAGISTRATE JUDGE